IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CARLTON GARY,**

       **Plaintiff,**

v.	**CASE NO. 5:13-cv-417-RS-EMT**

**ARAMARK CORRECTIONAL SERVICES,**

       **Defendant.**
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 20) and Petitioner's Objections (Doc. 29). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

**ORDERED** on July 10, 2014.

                                               /S/ Richard Smoak
                                               **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**